ALAN R. BRAYTON, ESQ., CA S.B. #73685
DAVID R. DONADIO, ESQ., CA S.B. #154436
Email: DDonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
(415) 898-1247 (Fax No.)

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | Case No. 4:09-cv-05648-SBA |
| PAUL MAESER, <br>     Plaintiff, <br> vs. <br> FOSTER WHEELER LLC, *et al.*, <br>     Defendants. | **PLAINTIFF'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER** |

///

///

///

///

1
PLAINTIFF PAUL MAESER'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER

1     Plaintiff hereby dismiss the above-captioned action against all Defendants, without
2 prejudice.

5 Dated: December 12, 2012         BRAYTON❖PURCELL LLP

9         By: s/ David R. Donadio
           DAVID R. DONADIO, ESQ., CA S.B. #154436
           DDonadio@braytonlaw.com
           Tel: (415) 898-1555
           Fax: (415)898-1247
           Attorneys for Plaintiff

15         IT IS SO ORDERED:

19 Dated: 12/18/12         _____
           United States District Court Judge

2
PLAINTIFF PAUL MAESER'S NOTICE OF DISMISSAL OF ENTIRE ACTION, WITHOUT PREJUDICE; ORDER